UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                                                          CHAPTER 13 CASE NO.:
                                                                15-02737-5-SWH
HELEN NEAL COLLINS,
    Debtor.

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES, Debtor, by and through her undersigned attorney, and move the court for an Order modifying the plan, and show the following:

1.    Debtor filed a Chapter 13 Petition and Plan on May 14, 2015.

2.    Debtor proposes to modify her plan to require 1 trustee payment of $875.00, then 4 trustee payments of $967.00, then 55 trustee payments of $895.00, total modified amount of $53,968.00.

WHEREFORE, Debtor prays the court as follows:

1.    For an Order modifying Chapter 13 Plan to require 1 trustee payment of $875.00, then 4 trustee payments of $967.00, then 55 trustee payments of $895.00, total modified amount of $53,968.00.

2.    For such other and further relief as the court may deem just and proper.

This the 15th day of October, 2015.

Law Offices of Bruce F. Jobe, P.A.

/s/Bruce F. Jobe
Bruce F. Jobe
Attorney for Debtor
4312 Ludgate Street
Lumberton, NC 28358
(910)739-1010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                                          CHAPTER 13 CASE NO.:
                                                15-02737-5-SWH
HELEN NEAL COLLINS,
    Debtor.

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the Motion to Modify Chapter 13 Plan, by and through its attorney, in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for hearing is made by the Debtor or other parties in interest in writing to the Clerk of the Court within twenty-one (21) days from the date of this Notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the Debtor or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time, and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice.

Respectfully submitted this 15th day of October, 2015.

Law Offices of Bruce F. Jobe, P.A.

_/s/Bruce F. Jobe_
Bruce F. Jobe
Attorney for Debtor
4312 Ludgate Street
Lumberton, NC 28358
(910)739-1010
NC State Bar #9288

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:  CHAPTER 13 CASE NO.:
 15-02737-5-SWH

HELEN NEAL COLLINS,
    Debtor.

## CERTIFICATE OF SERVICE

I, Bruce F. Jobe, certify that I am, and at all times during the service of process was, not less than 18 years of age, and not a party to the matter concerning which service of process was made. I further certify that service of a copy of this MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF MOTION on October 15, 2015 by:

Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to individuals listed on attached mailing matrix.

Mail Service: Certified mail, return receipt requested on managing officers of banking institutions as listed on the attached mailing matrix.

Under penalty of perjury, I declare that the foregoing is true and correct.

Law Offices of Bruce F. Jobe, P.A.

    /s/Bruce F. Jobe
Bruce F. Jobe
Attorney for Debtor
4312 Ludgate Street
Lumberton, NC 28358
(910)739-1010
NC State #9288

Helen Neal Collins
258 Sand Pit Rd
Elizabethtown, NC 28337

Badcock
Managing Agent
PO Box 232
Mulberry, FL 33860

Bladen County Tax Collector
Managing Agent
PO Box 385
Elizabethtown, NC 28337

Carolina Cardiology PA
Managing Agent
3656 Cape Center Drive
Fayetteville, NC 28304-4406

Christina R. Hunoval
The Hunoval Law Firm, PLLC
501 Minuet Lane, Suite 104-A
Charlotte, NC 28217

Coastal Federal Credit Union
Managing Officer
3039 Cornwallis
Research Triangle Pk, NC 27709

Columbus Regional Health Care
Managing Agent
PO Box 890357
Charlotte, NC 28289-0357

Comenity Bank/Goodys
Managing Officer
PO box 182789
Columbus, OH 43218

Dermatology Associates P.A.
Managing Officer
1904 Tradd Court
Wilmington, NC 28401

Directv
c/o Transworld Sys Inc/09
507 Prudential Rd
Horsham, PA 19044

Dish
c/o Receivable Performane
20816 44th Ave W
Lynnwood, WA 98036

Ecep li Pa
c/o Financial Data Systems
1638 Military Cutoff Rd
Wilmington, NC 28403

Employment Security Commission
Managing Agent
PO Box 26504
Raleigh, NC 27611-5903

Employment Security Commission
Managing Officer
PO Box 26504
Raleigh, NC 27611-5903

Hari Sainicarolina Cardiolo
c/o Bullcity Fiancial Sol
1107 W Main St Ste 201
Durham, NC 27701

Internal Revenue Service
Attn: Officer
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Managing Officer
4905 Koger Blvd. Ste 102
Greensboro, NC 27407-2703

NC Dept of Revenue
Bankruptcy Unit
PO Box 871
Raleigh, NC 27602

NC Dept of Revenue
Managing Agent
PO Box 1168
Raleigh, NC 27602

New Hanover Regional Medical
c/o Paragon Revenue Group
P.O. Box 127
Concord, NC 28026-0127

New Hanover Regional Medical Ct
Managing Officer
PO Box 9000
Wilmington, NC 28402

New Hanover Regional Medical Ctr
Managing Agent
PO Box 31660
Charlotte, NC 28231-1660

Ocwen Loan Servicing
Managing Officer
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing, LLC
Bankruptcy Department
1661 Worthington Rd. Ste. 100
West Palm Beach, FL 33409

Richard M. Stearns
Chapter 13 Trustee
1015 Conference Drive
Greenville, NC 27858

Signet Healthcare Inc.
Managing Agent
PO Box 63259
Charlotte, NC 28263-3259

Time Warner
c/o Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

United Consumer Financial
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd Ste 200
Tucson, AZ 85712

United Consumer Financial Servic
c/o Thomas Distributing Co Inc
3311 Guess Rd
Durham, NC 27705

United Consumer Financial Svcs
Managing Agent
865 Bassett Rd.
Westlake, OH 44145

United Consumer Financial Svcs
Managing Officer
PO Box 856290
Louisville, KY 40285-6290